# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>ALICIA MORALES,<br><br>                Defendant. | Case No. 16cr2298-JLS<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information, Dkt. 16. in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: January 18, 2017

Hon. Janis L. Sammartino
United States District Judge